UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA MARTINEZ, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>ANIMAL HEALTH INTERNATIONAL, INC.,<br><br>             Defendant. | No.  1:21-cv-00965-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 35) |

On September 19, 2022, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 35.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 21, 2022**                    /s/ *Sheila K. Oberto*                    
                                                                        UNITED STATES MAGISTRATE JUDGE